IRWIN M. COANE et al., Individually and as Stockholders of American Distilling Company, Suing on Their Own Behalf and on Behalf of Stockholders Similarly Situated, and on Behalf of American Distilling Company, Appellants, v. AMERICAN DISTILLING COMPANY et al., Respondents, et al., Defendants.— Order affirmed, with $20 costs and disbursements. No opinion. Present— Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Callahan and Peck, JJ., dissent and vote to reverse and deny the motion on authority of *Shielcrawt* v. *Moffett* (294 N. Y. 180, reargument denied 294 N. Y. 840). [182 Misc. 926.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN T. GRAY, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOVERNOR CLINTON CO., INC., Appellant-Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. (Tax Year 1941-42.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOVERNOR CLINTON CO., INC., Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. (Tax Year 1942-43.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOVERNOR CLINTON CO., INC., Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. (Tax Year 1943-44.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOVERNOR CLINTON CO., INC., Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents-Appellants. (Tax Year 1944-45.) [371-377 Seventh Ave., Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

YSABEL DE B. FOMBONA et al., Appellants, v. CREOLE PETROLEUM CORPORATION, Respondent, et al., Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

CITY BANK FARMERS TRUST COMPANY, Respondent, v. MAURICE J. COHN et al., Defendants, and BALBROOK REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ELLEN M. O'HEA, Appellant, v. COLGATE-PALMOLIVE-PEET COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

BARBARA CUCHAL, Appellant, v. PATRICK WALSH et al., Individually and as Trustees of the Life Insurance Fund of the New York Fire Department of the City of New York, Respondents.— Determination, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

LOUIS LOTITO, as Executor of HARRY A. KAUFMAN, Deceased, Appellant, v. JOHN A. SULLIVAN et al., Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MEYER SMULIAN, Respondent, v. INDEPENDENT WAREHOUSES, INC., Appellant, and WILLIAM PFEIFER, JR., et al., Individually and as Partners Doing Business under the Name of PFEIFER BROS., Impleaded Defendants-Respondents.— Judgment unanimously reversed, with costs to the appellant, and the complaint dis-